# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 19, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131035(86)

HARVEY GRACE,
   Plaintiff-Appellant,

v

BRUCE LEITMAN and BRUCE
LEITMAN, P.C.,
   Defendants-Appellees.

_____

SC: 131035
COA: 257896
Oakland CC: 2002-045572-NM

### AMENDMENT TO ORDER

On order of the Court, the order of December 17, 2007 is amended to correct a clerical error. The statement following the text of the order is corrected to read as follows:

"Kelly and Young, Jr., JJ., would grant reconsideration."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2007

         Clerk